**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (SBN 227341)
213.377.5502 | jyu@yumollp.com
**Brett B. Goodman** (SBN 260899)
213.375.3543 | bgoodman@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
OneMain Financial Group, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY SANDERS,<br><br>  Plaintiff,<br><br>vs.<br><br>ONEMAIN FINANCIAL AND DOES 1 THROUGH 100 INCLUSIVE,<br><br>  Defendant. | Case No.: 5:16-cv-05725-NC<br><br>**ORDER GRANTING STIPULATION FOR BINDING ARBITRATION AND STAY OF ACTION**<br><br>Honorable Nathanael M. Cousins |

**ORDER**

Pursuant to the Parties' Stipulation, and good cause appearing, the Court hereby orders that the Action shall be submitted to binding arbitration before the American Arbitration Association. The Court further orders that the Action is stayed pending completion of arbitration and that the Clerk of Court close this file for administrative purposes. The parties to file arbitration status report on yearly basis with next report due December 16, 2017.

IT IS SO ORDERED.

DATED: December 16, 2016



_____
Nathanael M. Cousins
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins