1  Scott J. Sagaria (SBN 217981)
   SJSagaria@sagarialaw.com
2  Elliot W. Gale (SBN 263326)
   EGale@sagarialaw.com
3  Joe Angelo (SBN 268542)
   JAngelo@sagarialaw.com
4  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste 100
5  Roseville, CA 95661
   Telephone:  (408) 279-2288
6  Facsimile:  (408) 297-2299

7  Attorneys for Plaintiff Misty Sanders

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11  MISTY SANDERS,                    Case No.: 5:16-cv-05725-NC

12            Plaintiff,

13     v.                             **STIPULATION FOR DISMISSAL
                                      WITH PREJUDICE OF DEFENDANT
                                      ONEMAIN FINANCIAL GROUP, LLC;**
14  ONEMAIN FINANCIAL,                **[PROPOSED] ORDER**

15            Defendants.

16

17

18

19      **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

20      IT IS HEREBY STIPULATED by and between plaintiff Misty Sanders and defendant

21  OneMain Financial Group, LLC ("OneMain") that OneMain be dismissed from this action

22  with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party

23  shall bear its own attorneys' fees and costs.

24  //
25  //
26  //
27  //
28  //

STIPULATION FOR DISMISSAL OF DEFENDANT ONEMAIN FINANCIAL GROUP, LLC; [PROPOSED] ORDER -1-

DATED: August 10, 2017  **Sagaria Law, P.C.**

By:  /s/ Elliot Gale
Elliot Gale
Attorney for Plaintiff Misty Sanders

DATED: August 10, 2017  **Yu Mohandesi, LLP**

By:  /s/ Brett B. Goodman
Brett B. Goodman
Attorney for Defendant OneMain Financial Group, LLC

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Brett B. Goodman has concurred in this filing.

/s/ Elliot Gale

### [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, OneMain Financial Group, LLC is dismissed with prejudice.

IT IS SO ORDERED.

DATED: August 11, 2017

GRANTED
Judge Nathanael M. Cousins